IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Misc. No. 03-70 |
| | ) | (C.A. No. 98-385) |
| vs. | ) | |
| | ) | |
| JEFFREY D. LOWERY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER OF COURT

AND NOW, to wit, this ____/2____ day of ____Fb____, 2013, after

consideration of the foregoing Motion to Satisfy Judgment Against Defendant, Jeffrey D.

Lowery, heretofore filed by Plaintiff, the United States of America, IT IS HEREBY ORDERED

that said Motion is GRANTED.  IT IS FURTHER ORDERED that the judgment entered against

Defendant is hereby SATISFIED and paid in full.

_____
United States District Judge